## SUPREME COURT.

### ANONYMOUS.

*Fulton Circuit, October* 1851. This was an action of slander; the slanderous words were spoken by the wife. Defendants for answer put in a general denial only. On the trial, defendants offered to prove the plaintiff's general character bad.

CADY, Justice—held that general character could not be given in evidence in an action of slander under a general denial.